AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-91



2007 FEB 20 AM 8:55

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _2_ COPIES OF AO FORM 85.

2/20/07
(Date forms issued)

_____
(Signature of Party or their Representative)

Louis Matos
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action