**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 13, 2007

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Gregory M. Sleet
United States District Judge
U.S. District Court
844 North King Street, Room 4234
Wilmington, Delaware 19801

RE:  *Levy v. Brooks Automation, Inc., et al.*;
D.Del., C.A. No. 06-517 GMS

*Rosenberg v. Brooks Automation, Inc., et al.*;
D.Del. C.A. No. 06-091 GMS

Dear Judge Sleet:

Enclosed is a stipulation which, if approved and ordered by Your Honor, would consolidate two near-identical cases.

Also, as set forth in the body of the stipulation (at paras. 3 and 4), in order to cut down on duplication, it provides that the current Rule 12 briefing (in the earlier filed case) would not have to be repeated and re-filed, while, at the same time, recognizing that one defense in the earlier case (a demand defense) is not being asserted in the second case.

Of course if Your Honor wishes to hear more from counsel about this or any other aspect of the case, we will promptly comply.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
Enclosure
cc:  Matthew F. Davis, Esquire (via electronic filing)
     Brian C. Ralston, Esquire (via electronic filing)