IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK LEVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-517 GMS |
| | ) | |
| ROBERT J. THERRIEN and | ) | |
| BROOKS AUTOMATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ARON ROSENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. THERRIEN, | ) | C.A. No. 07-091 GMS |
| | ) | |
| Defendant, | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| BROOKS AUTOMATION, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND (PROPOSED) ORDER FOR CONSOLIDATION**

WHEREAS these two actions concern the same events and the allegations made by the plaintiffs are identical, the only difference being the content and timing of the pre-suit demands made by the respective plaintiffs (paras. 14 and 15 in the respective complaints),

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.  Pursuant to Fed.R.Civ.P. 42(a), these two actions are consolidated for all purposes.

2.  From the date of this order, for the convenience of the Court and the parties, all papers filed in the actions consolidated by this order shall be filed only in and under C.A. No. 06-517 GMS (i.e., in *Levy*), which shall be considered the "lead" case.

3.  Also for the convenience of the Court and counsel, to avoid re-filing and duplication, the motions to dismiss which have been filed by the defendants (D.I.'s 8 and 10) in C.A. No. 06-517 GMS (i.e., in *Levy*) and the briefing which has been filed on those motions (D.I.'s 9, 11, 14, 15 and 16), will be considered as having been filed in *Rosenberg*, C.A. No. 07-091 GMS, so that the decision thereon and the time to respond thereafter will apply with equal force to both actions, with the one exception next noted below.

4.  Defendant Brooks Automation, Inc. asserted an inadequacy of demand defense against plaintiff Levy, its defense set forth in Arg. II of its opening brief in support of its motion to dismiss (D.I. 10). Defendant Brooks Automation, Inc. does not assert that defense against plaintiff Aron Rosenberg.

5.  The firm of Abraham, Fruchter & Twersky, LLP, of New York, New York, is designated as lead counsel in these consolidated actions and the firm of Rosenthal, Monhait & Goddess, P.A., of Wilmington, Delaware, is designated as liaison counsel.

| | |
|---|---|
| /s/ Jeffrey S. Goddess | /s/ Brian C. Ralston |
| Jeffrey S. Goddess (No. 630) | Arthur L. Dent (No. 2491) |
| Rosenthal, Monhait & Goddess, P.A. | Brian C. Ralston (No. 3770) |
| 919 Market Street | Potter Anderson & Corroon LLP |
| P. O. Box 1070 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1070 | 1313 N. Market Street |
| jgoddess@rmgglaw.com | P. O. Box 951 |
| (302) 656-4433 | Wilmington, DE 19801 |
| Attorney for Plaintiffs | adent@potteranderson.com |
| | bralston@potteranderson.com |
| | (302) 984-6000 |
| | Attorneys for Robert J. Therrien |

/s/ Matthew F. Davis
J. Travis Laster (No. 3514)
Matthew F. Davis (No. 4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, DE 19803
laster@abramslaster.com
davis@abramslaster.com
(302) 778-1000
  Attorneys for Brooks Automation, Inc.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

3